## BARNES cont$^a$ CHOCK

Nathanael Barnes plaint. cont$^a$ Peter Chock Defend$^t$ for witholding the Summe of twenty and four pounds twelve Shillings six pence due to the s$^d$ Barnes as shalbee made appear with damages: . . . The Jury . . . found for the plaint. thirteen pounds ten Shillings six pence in money and costs of Court allow$^d$ Forty two Shillings five pence.

Execution issued pr$^o$ Aug$^o$ 1679.